CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 22 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

HASSAN RAASHANN SHABAZZ,    )    Civil Action No. 7:14-cv-00457
    Plaintiff,    )
        )
v.    )    **ORDER**
        )
B.J. LOKEY, <u>et al.</u>,    )    By:    **Hon. Jackson L. Kiser**
    Defendants.    )        **Senior United States District Judge**

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's claim pursuant to the Virginia Tort Claims Act is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(4); Defendants' motion for summary judgment is **DENIED in part** as to the federal religious claims against defendants Lokey and Leatherwood and state law claim for detinue; and it is **GRANTED in part** as to the other claims and defendants.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 22nd day of May, 2015.

_____
Senior United States District Judge